UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-259-1-F3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JARED BENJAMIN PARSEK | ) | |
| Defendant. | ) | |

For the reasons cogently set forth in the Government's Response [DE-287] and Affidavit attached thereto, Jared Benjamin Parsek's Motion to Amend Judgment [DE-284] is DENIED.

SO ORDERED.

This, the 26th day of July, 2011.

*James C. Fox*

JAMES C. FOX

Senior United States District Judge